IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM DAVIS, JR**  **PLAINTIFF**
**ADC #143325**

V.   Case No. 4:24-CV-00794-JM

**DEXTER PAYNE,**
**Director, ADC,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed.[1] After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). All pending motions are denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Mr. Davis's Motion for Order for Investigation filed January 31, 2025. The motion does not respond to the Recommended Disposition. Further, the Recommended Disposition was returned as "refused."