IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM DAVIS, JR** **PLAINTIFF**
**ADC #143325**

**V.**  Case No. 4:24-CV-00794-JM

**DEXTER PAYNE,**
**Director, ADC,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE